UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE: TERESA BATTLE            CASE NO.: 14-04412-5-SWH
                                                         CHAPTER 13

DEBTOR(S)

NOTICE OF MOTION TO MODIFY PLAN

       NOTICE IS HEREBY GIVEN of Motion To Modify Chapter 13 Plan filed simultaneously herewith by attorney, ALLEN C. BROWN in the above captioned case;

       FURTHER NOTICE IS HEREBY GIVEN that if you fail to respond or otherwise plead or request a hearing, in writing, by January 4, 2015, the relief requested in the Motion may be granted without further hearing or notice; and

       FURTHER NOTICE IS GIVEN that if a response and request for a hearing is filed by the creditors, trustee, or other parties in interest named herein in writing within the time indicated, a hearing will be conducted on the Motion and response thereto, at a date, time and place to be later set by this Court and all interested parties will by notified accordingly.

DATED: December 9, 2015

                                                BY:/s/Allen C. Brown
                                                Allen C. Brown
                                                Attorney for Debtor(s)
                                                3493-C S. Evans St.
                                                Bedford Commons
                                                Greenville, NC  27835
                                                PO BOX 1909
                                                Winterville, NC 28590
                                                (252)  752-0952
                                                State Bar #:  12131

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE: TERESA BATTLE                                CASE NO.: 14-04412-5-SWH
                                                    CHAPTER 13
DEBTOR(S)

MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES, the debtor, by and through counsel, petitioning the court to modify her plan in the following terms:

This plan requires a modification because the debtor is getting a reverse mortgage on her residence and this will pay the mortgage off in full and the mortgage will be removed from the debtor's plan. The new plan will be $1305.00 for 15 months; and then $1000.00 for 45 months.

WHEREFORE, the debtor moves this honorable court, to enter an order confirming the debtor's modified Chapter 13 plan.

<u>December 9, 2015</u>

                                                                   BY:<u>/s/Allen C. Brown</u>
                                                                   Allen C. Brown
                                                                   Attorney for Debtor(s)
                                                                   3493-C S. Evans St.
                                                                   Bedford Commons
                                                                   Greenville, NC  27835
                                                                   PO BOX 1909
                                                                   Winterville, NC 28590
                                                                   (252)  752-0952
                                                                   State Bar #:  12131

CERTIFICATE OF SERVICE

I, ALLEN C. BROWN, attorney for the Debtor certify:

1. That I am at all times hereinafter mentioned more than eighteen (18) years of age.

2. That on the 9TH day of December, 2015, I served copies of the foregoing: Motion To Modify on the following:

Richard M. Stearns
Chapter 13 Trustee
Via Electronic Filing

United States Bankruptcy Court
Via Electronic Filing

Teresa Battle
211 Adams Blvd
Greenville, NC 27858

SEE ATTACHED MAILING MATRIX FOR LISTING OF CREDITORS

by depositing said document in the United States Mail, postage prepaid. I certify under penalty of perjury that this foregoing is true and correct.
Executed: December 9, 2015

BY:/s/Allen C. Brown
Allen C. Brown
Attorney for Debtor(s)
3493-C S. Evans St.
Bedford Commons
Greenville, NC  27835
PO BOX 1909
Winterville, NC 28590
(252)  752-0952
State Bar #:  12131

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0417-5<br>Case 14-04412-5-SWH<br>Eastern District of North Carolina<br>Raleigh<br>Tue Nov 10 11:32:47 EST 2015 | Alabama Credit dba Preferred Teache<br>c/o Kirschbaum, Nanney, Keenan & Gr<br>PO Box 19806<br>Raleigh NC 27619-9806 | Alabama Credit dba Preferred Teachers<br>c/o Kirschbaum, Nanney, Keenan & Griffin<br>PO Box 19806<br>Raleigh, NC 27619-9806 |
| Bankruptcy Administrator<br>Two Hannover Square, Ste. 640<br>434 Fayetteville Street<br>Raleigh, NC 27601-1701 | Teresa P Battle<br>211 Adams Blvd<br>Greenville, NC 27858-4818 | Allen C Brown<br>Allen C. Brown, PA<br>PO Drawer 1909<br>Winterville, NC 28590-1909 |
| Cavalry Portfolio Serv<br>Po Box 27288<br>Tempe, AZ 85285-7288 | Financial Data Systems<br>1638 Military Cutoff Rd<br>Wilmington, NC 28403-5716 | (c)GREEN TREE SERVICING L<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN  55101-1311 |
| (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | IRS<br>Kelvin Guthrie<br>4905 Koger Blvd<br>Suite 102, M/S 9<br>Greensboro, NC 27407-2734 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | IRS Insolvency new<br>2303 Meadowview Rd.<br>mail stop 9<br>Greensboro, NC 27407-3701 | Interntl<br>Po Box 7955<br>Mobile, AL 36670-0955 |
| MARINER FINANCE NORTH CAROLINA, INC<br>F/K/A SECURITY FINANCE CORPORATION<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM, MD 21236-5904 | NC Department of Revenue<br>PO Box 25000<br>Raleigh, NC 27626-5000 | NCDR<br>PO Box 1168<br>Raleigh, NC 27602-1168 |
| David P. Nanney Jr.<br>Kirschbaum, Nanney, Keenan & Griffin, PA<br>PO Box 19766<br>Raleigh, NC 27619-9766 | Pamela P. Keenan<br>PO Box 19806<br>Raleigh, NC 27619-9806 | Santander Consumer USA, Inc.<br>Po Box 560284<br>Dallas, TX 75356-0284 |
| Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 | Sca Collections Inc<br>Po Box 876<br>Greenville, NC 27835-0876 | Richard M Stearns<br>1015 Conference Drive<br>Greenville, NC 27858-5969 |
| Williamsburg Plantation<br>3015 North Ocean Blvd<br>Suite 121<br>Fort Lauderdale, FL 33308-7344 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Green Tree Servicing, LLC              IRS                                    (d)IRS
P.O. Box 6154                          320 Federal Place Rm 335               PO Box 21126
Rapid City, SD 57709-6154              Greensboro, NC 27401                   Philadelphia, PA 19114
Telephone number: 888-298-7785


(d)Internal Revenue Service
Insolvency Support Services
320 Federal Place, Room 335
Greensboro, NC 27401
```

                Addresses marked (c) above for the following entity/entities were corrected
                      as required by the USPS Locatable Address Conversion System (LACS).

```
Green Tree Servicing L
332 Minnesota St Ste 610
Saint Paul, MN 55101
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Alabama Credit Corporation dba Preferred T        End of Label Matrix
                                                     Mailable recipients   24
                                                     Bypassed recipients    1
                                                     Total                 25
```