UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:

TERESA BATTLE,                              CASE NO.:    14-04412-5-SWH
                                            CHAPTER 13
    DEBTORS

### AMENDED MOTION TO APPROVE REVERSE MORTGAGE

The Debtor by and through counsel moves the court for an Order allowing Debtor to receive a reverse mortgage under the following terms:

1. The Debtor asks permission to receive a reverse mortgage on her property located at 211 Adams Boulevard, Greenville, NC 27858 with American Advisors Group.

2. A Motion to Modify Chapter 13 Plan has been filed to have the mortgage payment removed from the Chapter 13 Plan.

3. A Settlement Statement was received from American Advisors Group on December 18, 2015.

4. The principal amount of the loan is $57,994.00. Settlement charges are $8,053.25. Pitt County taxes for 2015 to be paid are in the amount of $1,384.33. The payoff to Green Tree is $38,027.80. Money to borrower is $10,528.62 (see attached Settlement Statement.)

WHEREFORE, the Debtor moves the Court to:

1. Allow Debtor to receive a reverse mortgage on her property located at 211 Adams Boulevard, Greenville, NC 27858 with American Advisors Group.
2. For such other relief as the court deems necessary.

This the 21st day of December, 2015.

/s/ Allen C. Brown
Allen C. Brown, P.A.
Attorney for Debtor
3493-C S. Evans St.
Bedford Commons
P.O. Drawer 1909
Winterville, NC 28590
(252)752-0952
FAX #252-754-2514
State Bar No.: 12131

## CERTIFICATE OF SERVICE

I, ALLEN C. BROWN, attorney for the Debtor(s) certify:

1. That I am at all times hereinafter mentioned more than eighteen (18) years of age.
2. That on the 21st day of December, 2015, I served copies of the foregoing: Amended Motion to Approve Reverse Mortgage on the following:

U.S. Bankruptcy Court
VIA ELECTRONIC NOTIFICATION

Richard Stearns
Chapter 13 Trustee
VIA ELECTRONIC NOTIFICATION

Teresa Battle
211 Adams Blvd.
Greenville, NC 27858

SEE ATTACHED MAILING MATRIX FOR CREDITORS SERVED

by depositing said document in the United States Mail, postage prepaid.  I certify under penalty of perjury that this foregoing is true and correct.

Executed: 12-21-15

ALLEN C. BROWN, P.A.

BY: /s/ Allen C. Brown
Attorney for Debtor(s)
3493-C S. Evans St.
Bedford Commons
PO Drawer 1909
Winterville, NC 28590
(252)752-0952/fax#252-754-2514
State Bar No.: 12131