**SO ORDERED.**

**SIGNED this 29 day of December, 2015.**

*Stephani W. Humrickhouse*
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

___

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

IN RE:

| | |
|---|---|
| **TERESA BATTLE,** | **CASE NO.: 14-04412-5-SWH** |
| | **CHAPTER 13** |
| **DEBTOR** | |

### ORDER ON MOTION TO APPROVE REVERSE MORTGAGE

This matter comes on to be heard upon the Motion to Approve Reverse Mortgage filed simultaneously here within by the Debtor.

The court finds that it is in the Debtor's best interest to allow her to receive a reverse mortgage on her property located at 211 Adams Boulevard, Greenville, NC 27858 with American Advisors Group. The principal amount of the loan is $57,994.00. Settlement charges are $8,053.25. Pitt County Taxes for 2015 in the amount of $1,384.33 are to be paid per the Settlement Statement. The payoff to Green Tree is $38,027.80. The money the debtor will receive will be in the amount of $10,528.62. A Motion to Modify Chapter 13 Plan has been filed to have the mortgage removed from the Chapter 13 Plan.

END OF DOCUMENT