**SO ORDERED.**

**SIGNED this 18 day of September, 2017.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: TERESA P. BATTLE, | CASE NO.: 14-04412-5-JNC |
| | CHAPTER 13 |
| DEBTOR | |

## ORDER

This matter comes on to be heard upon the Motion to Apply Funds to Debtor's Mortgage filed by the Debtor.

The court finds that it is in the Debtor's best interest to order Ditech Financial, LLC to immediately apply all funds being held in the "suspense" account to the balance on the mortgage loan (account number 53701504) and to eliminate any interest calculated to be due for past due amounts due to the funds not being properly credited to the Debtor's ongoing mortgage payments.

Attorney fees in the amount of $750.00 to the debtor's attorney for the filing of the Motion and the numerous attempts to contact Ditech as stated in the Motion are to be paid from the proceeds recovered from Ditech.

END OF DOCUMENT