UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:
Teresa P Battle

        CASE NO.: 14-04412-5-JNC
        CHAPTER 13

DEBTOR(S)

NOTICE OF MOTION TO MODIFY PLAN

    NOTICE IS HEREBY GIVEN of Motion To Modify Chapter 13 Plan filed simultaneously herewith by attorney, ALLEN C. BROWN in the above captioned case;

    FURTHER NOTICE IS HEREBY GIVEN that if you fail to respond or otherwise plead or request a hearing, in writing, by December 15, 2017, the relief requested in the Motion may be granted without further hearing or notice; and

    FURTHER NOTICE IS GIVEN that if a response and request for a hearing is filed by the creditors, trustee, or other parties in interest named herein in writing within the time indicated, a hearing will be conducted on the Motion and response thereto, at a date, time and place to be later set by this Court and all interested parties will by notified accordingly.

DATED: November 21, 2017

                              BY:/s/Allen C. Brown
                              Allen C. Brown
                              Attorney for Debtor(s)
                              3493-C S. Evans St.
                              Bedford Commons
                              Greenville, NC  27835
                              PO BOX 1909
                              Winterville, NC 28590
                              (252)  752-0952
                              State Bar #:  12131

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:
Teresa P Battle

CASE NO.: 14-04412-5-JNC
CHAPTER 13

DEBTOR(S)

MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES, the debtor, by and through counsel, petitioning the court to modify her plan in the following terms:

This plan requires a modification because the debtors car was totaled in an accident and is no longer being paid through the chapter 13 plan. The new plan will be $1210.00 for 39 months and then $1000.00 for 3 months.

WHEREFORE, the debtor moves this honorable court, to enter an order confirming the debtor's modified Chapter 13 plan.

November 21, 2017

BY:/s/Allen C. Brown
Allen C. Brown
Attorney for Debtor(s)
3493-C S. Evans St.
Bedford Commons
Greenville, NC  27835
PO BOX 1909
Winterville, NC 28590
(252)  752-0952
State Bar #:  12131

CERTIFICATE OF SERVICE

I, ALLEN C. BROWN, attorney for the Debtor certify:

1. That I am at all times hereinafter mentioned more than eighteen (18) years of age.

2. That on the 21st day of November, 2017, I served copies of the foregoing: Motion To Modify on the following:

Joseph A. Bledsoe III
Chapter 13 Trustee
Via Electronic Filing

United States Bankruptcy Court
Via Electronic Filing

Teresa P Battle

211 Adams Blvd
Greenville NC 27858


SEE ATTACHED MAILING MATRIX FOR LISTING OF CREDITORS

by depositing said document in the United States Mail, postage prepaid. I certify under penalty of perjury that this foregoing is true and correct.
Executed: November 21, 2017

BY:/s/Allen C. Brown
Allen C. Brown
Attorney for Debtor(s)
3493-C S. Evans St.
Bedford Commons
Greenville, NC  27835
PO BOX 1909
Winterville, NC 28590
(252)  752-0952
State Bar #:  12131

```
Label Matrix for local noticing          Alabama Credit dba Preferred Teache    Alabama Credit dba Preferred Teachers
0417-5                                   c/o Kirschbaum, Nanney, Keenan & Gr    c/o Kirschbaum, Nanney, Keenan & Griffin
Case 14-04412-5-SWH                      PO Box 19806                           PO Box 19806
Eastern District of North Carolina       Raleigh NC 27619-9806                  Raleigh, NC 27619-9806
Raleigh
Tue Nov 10 11:32:47 EST 2015

Bankruptcy Administrator                 Teresa P Battle                        Allen C Brown
Two Hannover Square, Ste. 640            211 Adams Blvd                         Allen C. Brown, PA
434 Fayetteville Street                  Greenville, NC 27858-4818              PO Drawer 1909
Raleigh, NC 27601-1701                                                          Winterville, NC 28590-1909


Cavalry Portfolio Serv                   Financial Data Systems                 (c)GREEN TREE SERVICING L
Po Box 27288                             1638 Military Cutoff Rd                332 MINNESOTA ST STE E610
Tempe, AZ 85285-7288                     Wilmington, NC 28403-5716              SAINT PAUL MN  55101-1311



(p)GREENTREE SERVICING LLC               IRS                                    (p)INTERNAL REVENUE SERVICE
BANKRUPTCY DEPARTMENT                    Kelvin Guthrie                         CENTRALIZED INSOLVENCY OPERATIONS
P O BOX 6154                             4905 Koger Blvd                        PO BOX 7346
RAPID CITY SD 57709-6154                 Suite 102, M/S 9                       PHILADELPHIA PA 19101-7346
                                         Greensboro, NC 27407-2734

IRS                                      IRS Insolvency new                     Interntl
PO BOX 7346                              2303 Meadowview Rd.                    Po Box 7955
Philadelphia, PA 19101-7346              mail stop 9                            Mobile, AL 36670-0955
                                         Greensboro, NC 27407-3701


MARINER FINANCE NORTH CAROLINA, INC      NC Department of Revenue               NCDR
F/K/A SECURITY FINANCE CORPORATION       PO Box 25000                           PO Box 1168
8211 TOWN CENTER DRIVE                   Raleigh, NC 27626-5000                 Raleigh, NC 27602-1168
NOTTINGHAM, MD 21236-5904



David P. Nanney Jr.                      Pamela P. Keenan                       Santander Consumer USA, Inc.
Kirschbaum, Nanney, Keenan & Griffin, PA PO Box 19806                           Po Box 560284
PO Box 19766                             Raleigh, NC 27619-9806                 Dallas, TX 75356-0284
Raleigh, NC 27619-9766


Santander Consumer Usa                   Sca Collections Inc                    Richard M Stearns
Po Box 961245                            Po Box 876                             1015 Conference Drive
Ft Worth, TX 76161-0244                  Greenville, NC 27835-0876              Greenville, NC 27858-5969




Williamsburg Plantation
3015 North Ocean Blvd
Suite 121
Fort Lauderdale, FL 33308-7344
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Green Tree Servicing, LLC            IRS                              (d)IRS
P.O. Box 6154                        320 Federal Place Rm 335         PO Box 21126
Rapid City, SD 57709-6154            Greensboro, NC 27401             Philadelphia, PA 19114
Telephone number: 888-298-7785


(d)Internal Revenue Service
Insolvency Support Services
320 Federal Place, Room 335
Greensboro, NC 27401
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Green Tree Servicing L
332 Minnesota St Ste 610
Saint Paul, MN 55101
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Alabama Credit Corporation dba Preferred T        End of Label Matrix
                                                     Mailable recipients    24
                                                     Bypassed recipients     1
                                                     Total                  25
```